**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7442**

_____

LEROY RICHARDSON-BEY,

　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　versus

BONNIE BOYETTE; DENNIS ROWLAND; C. ALSTON;
LIEUTENANT LANGSTON,

　　　　　　　　　　　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-01-317-5-H)

_____

Submitted: November 8, 2001　　Decided: November 20, 2001

_____

Before WILKINS, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Leroy Richardson-Bey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Richardson-Bey appeals the district court's order and order on reconsideration denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Richardson-Bey v. Boyette</u>, No. CA-01-317-5-H (E.D.N.C. June 30 & Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2